UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD SHAISHNIKOFF,<br><br>             Plaintiff,<br><br>     v.<br><br>M/V NAMAKA, O.N. 510289, et al.,<br><br>             Defendants. | CASE NO. C24-1586-KKE<br><br>ORDER ON DISCOVERY DISPUTE |

This matter comes before the Court on the parties' joint statement of discovery dispute. Dkt. No. 39. At a hearing on today's date, the Court heard from both parties (Dkt. No. 40) and ORDERS:

Defendants shall respond to Plaintiff's first set of Requests for Production (Dkt. No. 39-1), and make their initial production, by June 5, 2025.

The parties are reminded of their obligations to comply with the Federal Rules of Civil Procedure, this district's local rules, and the Court's chambers procedures (Dkt. Nos. 32, 37).

Dated this 22nd day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ON DISCOVERY DISPUTE - 1