1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD SHAISHNIKOFF,<br><br>                    Plaintiff(s),<br><br>   v.<br><br>M/V NAMAKA, O.N. 510289, et al.,<br><br>                 Defendant(s). | CASE NO. C24-1586-KKE<br><br>ORDER DENYING STIPULATED MOTION |

The parties filed a stipulated motion to continue certain pretrial deadlines—namely the deadlines to file discovery motions, complete discovery, and file dispositive motions—but they apparently intend to maintain the same trial date.  Dkt. No. 54.  The Court understands the circumstances leading to the parties' request, but cannot extend those deadlines *and* maintain the trial date.  The Court's case schedule requires 120 days between the dispositive motions deadline and the trial date (Dkt. No. 37 at 6), and the parties' proposed amendments do not account for that time period.  *See* Dkt. No. 54 (proposing an October 17, 2025 dispositive motions deadline, before a January 12, 2026 trial date).

Accordingly, the Court DENIES the parties' stipulated motion (Dkt. No. 54) without prejudice.  If the parties intend to file a stipulated motion to continue the trial date, they shall contact the courtroom deputy at diyana_staples@wawd.uscourts.gov for assistance in selecting a

ORDER DENYING STIPULATED MOTION - 1

new trial date to request.

Dated this 15th day of August, 2025.

Kymberly K. Evanson
United States District Judge