THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDWARD SHAISHNIKOFF,<br><br>              Plaintiff,<br><br>   v.<br><br>M/V NAMAKA, O.N. 510289, her engines, tackle, apparel, boats, equipment, and all other appurtenances of said vessel wherever located, whether aboard the vessel or otherwise, *in rem*; KEVALA JOKIEL and TOMA KOVACEVIC; TOURS AROUND PARADISE LLC; NUI TOURS LLC, in *personam*,<br><br>              Defendants. | **IN ADMIRALTY**<br><br>No. 2:24-cv-01586-KKE<br><br>**ORDER GRANTING RELIEF FROM DEADLINES AND FOR NEW TRIAL DATE** |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 56. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The case schedule is amended as follows:

| Event | Date |
|---|---|
| BENCH TRIAL SET FOR 9:30 a.m. on | **March 9, 2026** |
| Length of trial | 5 days |
| Deadline for joining additional parties | 4/30/2025 |

ORDER GRANTING FOR RELIEF FROM DEADLINES AND
NEW TRAIL DATE            1

| | |
|---|---|
| Deadline for filing amended pleadings | 5/28/2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 6/16/2025 |
| All motions related to discovery must be filed by | 9/17/2025 |
| Discovery must be completed by | 9/17/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 10/17/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 1/9/2026 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 2/16/2026 |
| Trial briefs, joint brief on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 2/23/2026 |
| Pretrial conference | TBD |

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 18th day of August, 2025

Kymberly K. Evanson
United States District Judge