UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD SHAISHNIKOFF,<br><br>              Plaintiff,<br><br>   v.<br><br>M/V NAMAKA, KEVALA JOKIEL, TOMO KOVACEVIC, TOURS AROUND PARADISE, LLC, NUIT TOURS, LLC, ,<br><br>              Defendant. | CASE NO. 2:24-cv-01586-KKE<br><br>**ORDER SETTING SETTLEMENT SCHEDULE AND SETTLEMENT HEARING** |

This case has been referred for settlement conference before the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge. *See* Dkt. 68. Accordingly, the Court **ORDERS**:

<u>The Settlement Hearing will be held on</u>:

    **January 15, 2026 at 9:30 am**
    **United States District Courthouse**
    **700 Stewart St. 12th floor - Courtroom 12A**
    **Seattle, WA 98101**

<u>Who Must Be Present</u>

Each attorney who will try the case must be physically present, accompanied by the client or a representative with full authority to resolve the case. Having a client or representative available by telephone is <u>not</u> acceptable. If there are other individuals whose presence would be necessary to resolve the case, please arrange for their attendance. Failure to produce the

appropriate persons at the mediation or the failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties regarding the conference, or other sanctions against the non-complying party or counsel. The Court expects all participants to be prepared for and sincerely interested in settlement. All parties should keep an open mind and be willing to reassess previous positions. The court expects the parties to address each other with courtesy and respect.

Settlement memos

Each party shall email a separate settlement memo to Judge Tsuchida's in-court clerk at andy_quach@wawd.uscourts.gov by 12:00 noon on **January 7, 2026.** These memos are confidential; do not file them with the clerk's office or serve them on opposing counsel. These mediation memos should help the Court understand the facts, the issues to resolve, the applicable law and the parties' settlement position. Brevity is encouraged.

Each party's memo must also include a settlement proposal and describe settlement efforts to date including matters in which the parties agree and matters that require resolution. Exhibits that would help the Court understand the case may also be submitted.

Confidentiality

Statements and disclosures made in the course of the settlement conference will be confidential and not admissible at trial or for any other purpose other than settlement. Parties should be frank and open in their discussion.

Retaining Jurisdiction

At the conclusion of the settlement conference, the Court will inquire whether the parties request the undersigned retain jurisdiction regarding any settlement that may be reached.

ORDER SETTING SETTLEMENT SCHEDULE AND
SETTLEMENT HEARING - 2

1  DATED this 17th day of December, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING SETTLEMENT SCHEDULE AND
SETTLEMENT HEARING - 3