**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

EDWARD SHAISHNIKOFF,

                          *Plaintiff*,

     vs.

M/V NAMAKA, O.N. 510289, her engines, tackle, apparel, boats, equipment, and all other appurtenances of said vessel wherever located, whether aboard the vessel or otherwise, *in rem*; KEVALA JOKIEL and TOMO KOVACEVIC; TOURS AROUND PARADISE LLC; NUI TOURS LLC, *in personam*,

                         *Defendants*.

**IN ADMIRALTY**

Case No.: 2:24-CV-01586-KKE

**ORDER GRANTING PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME**

THIS MATTER came before the Court on the parties' joint motion to vacate outstanding case scheduling deadlines. Dkt. No. 74. Having reviewed the record and being fully advised, the Court finds good cause to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the outstanding deadlines in the Court's order setting case scheduling deadlines, including the bench trial set for March 9, 2026 (Dkt. No. 57), and the February 2, 2026 deadline for Plaintiff to file a reply in support of his motion for summary judgment and motion for an order to show cause (Dkt. No. 71 at 5) are VACATED.

**ORDER GRANTING EXTENSION OF TIME**
*SHAISHNIKOFF V. M/V NAMAKA ET AL*
Case No: 2:24-CV-01586-KKE
Page **1** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104

The Parties shall continue to pursue settlement negotiations with United States Magistrate Judge Brian A. Tsuchida in good faith.  The parties shall file a joint status report no later than February 24, 2026, stating whether they have reached a settlement agreement and, if they have not, either requesting additional time to complete settlement negotiations or proposing that a new trial be set and indicating counsels' availability for trial.

The motion for order to show cause (Dkt. No. 58) and motion for partial summary judgment (Dkt. No. 60) are TERMINATED, subject to re-activation upon the request of the parties in the event the case does not settle.

Dated this 27th day of January, 2026.

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING EXTENTION OF TIME**
*SHAISHNIKOFF V. M/V NAMAKA ET AL*
Case No: 2:24-CV-01586-KKE
Page **2** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104

Presented by:


*/s/ R. Isaak Hurst*

R. ISAAK HURST, WSBA NO. 43679
INTERNATIONAL MARITIME GROUP, PLLC
701 5TH AVE, SUITE 4200
SEATTLE, WA 98104

ATTORNEY FOR DEFENDANTS

*/s/ Steven Gibbons*

STEVEN V. GIBBONS, WSBA NO. 14028
GIBBONS & ASSOCIATES, P.S.
601 UNION STREET, SUITE 2600
SEATTLE, WA 98101- 4000

ATTORNEY FOR PLAINTIFF

**ORDER GRANTING EXTENTION OF TIME**
*SHAISHNIKOFF V. M/V NAMAKA ET AL*
Case No: 2:24-CV-01586-KKE
Page **3** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104