UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD SHAISHNIKOFF,

Plaintiff,

v.

M/V NAMAKA, KEVALA JOKIEL,
TOMO KOVACEVIC, TOURS AROUND
PARADISE, LLC, NUIT TOURS, LLC, ,

Defendants.

CASE NO. 2:24-cv-01586-KKE

**ORDER DIRECTING STATUS
REPORT**

This case was referred for settlement conference before the undersigned on December 4, 2025. Dkt. 67. A settlement conference was held on January 15, 2026; January 23, 2026; January 30, 2026; February 6, 2026; February 24, 2026; and March 6, 2026. Dkts. 73–80. In the meantime, the Court struck the trial, which had been set for March 9, 2026, and other case deadlines, on motion of the parties. Dkt. 74. A further settlement conference on March 11, 2026, was stricken at the parties' request. Despite the request, there has been no activity of record in this case since then. Accordingly, the Court ORDERS:

1.     The parties are directed to file a joint status report by no later than May 28, 2026, in which they either (1) request a new trial date, (2) request an additional settlement conference, or (3) notify the Court that a settlement has been executed.

ORDER DIRECTING STATUS REPORT - 1

2.      The Clerk is directed to provide a copy of this Order to the parties.

DATED this 14th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING STATUS REPORT - 2